*3*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

ANTHONY CUNNINGHAM,

Defendant.

Violation:
18 U.S.C. § 922(o)

Case: 2:26-cr-20278
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/13/2026
Description: IND SEALED MATTER

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

From on or about March 1, 2026, to on or about March 5, 2026, in the

Eastern District of Michigan, Southern Division, the defendant, ANTHONY

CUNNINGHAM, knowingly possessed a machinegun, that is, one Glock model 23

pistol, with a black slide and a tan frame, equipped with a machinegun conversion

device, in violation of Title 18, United States Code, Section 922(o).

### FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in Count One of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeiture

pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, the defendant, ANTHONY CUNNINGHAM, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to: one Glock model 23 pistol, with a black slide and a tan frame, and all related machinegun conversion devices and ammunition.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON, JR.
United States Attorney

*s/ Mark Bilkovic*
Mark Bilkovic
Chief, Violent and Major Crimes Unit
Assistant United States Attorney

*s/ Nhan Ho*
NHAN HO
Assistant United States Attorney

Dated: May 13, 2026

2

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | 26-20186 |
| ☑Yes No | AUSA's Initials: *s/N.H* |

**Case Title:** USA v. Anthony Cunningham

**County where offense occurred: Wayne**

**Offense Type:** Felony

Case: 2:26-cr-20278
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 5/13/2026
Description: IND SEALED MATTER

Indictment -- prior complaint **Case No. 26-MJ-30252**

**Superseding Case Information**

Superseding to Case No: _____ **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

_____May 13, 2026_____
Date

Nhan Ho
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Nhan.Ho@usdoj.gov
(313) 226-9632
Bar #: P82793

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.